1 | Mitchell F. Boomer (State Bar No. 121441)
Cynthia S. Sandoval (State Bar No. 191390)
2 | JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
3 | San Francisco, California 94105
Telephone: (415) 394-9400
4 | Facsimile: (415) 394-9401

5 | Attorneys for Defendant
NORTHSTAR COMMUNICATIONS GROUP, INC
6

7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11 | NAKIA BENN | Case No. C 05 01519 EMC

12 | Plaintiff, | **STIPULATION OF DISMISSAL** ; ORDER

13 | v.

14 | NORTHSTAR COMMUNICATIONS GROUP,
a California Corporation; and DOES 1-10,
15 | inclusive,

16 | Defendants.

17

18 | TO: THE CLERK OF THE COURT:
19
Plaintiff Nakia Benn and Defendant NORTHSTAR Communications Group, Inc.
20
hereby notify the Court that the parties stipulate to dismissal with prejudice of the entire above-
21
captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1).
22
///
23
///
24
///
25
///
26
///
27
///
28

1

Accordingly, the parties hereby request the Court enter dismissal at its earliest convenience.

Respectfully submitted,

Dated: December 20, 2005

*/s/ Stephine L. Wells*
Stephine Wells
William Hopkins
Wells & Hopkins
Counsel for Plaintiff Nakia Benn

Dated: December 20, 2005

*/s/ Cynthia Sandoval*
JACKSON LEWIS LLP
Mitchell F. Boomer
Cynthia S. Sandoval
Counsel for Defendant Northstar Communications Group, Inc.

II:\N\Northstar Communications [66202]\Benn [82546]\Pleadings\Stip of Dismissal 121905.doc

IT IS SO ORDERED:

*/s/ Edward M. Chen*
Edward M. Chen
United States Magistrate Judge

2

CERTIFICATE OF SERVICE

Case No. C05 01519 PJH